1   DENNIS L. KENNEDY
    Nevada Bar No. 1462
2   ANDREA M. CHAMPION
    Nevada Bar No. 13461
3   **BAILEY❖KENNEDY**
    8984 Spanish Ridge Avenue
4   Las Vegas, Nevada 89148-1302
    Telephone: 702.562.8820
5   Facsimile: 702.562.8821
    DKennedy@BaileyKennedy.com
6   AChampion@BaileyKennedy.com
    *Counsel for Defendant Phillip V. Ruthen*
7

8                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
9

10  GEORGIOU FAMILY TRUST, a Nevada trust;
    BRYON GEORGIOU, as an individual and as
11  trustee of the Georgiou Family Trust;              Case No.  2:21-cv-01060-JCM-DJA
    BENJAMIN HILL REALTY, LLC, a Nevada
12  limited liability company,

13                          Plaintiffs,

14           vs.                                        **STIPULATION AND ORDER TO
                                                        EXTEND TIME TO FOR DEFENDANT
15  PHILLIP V. RUTHEN, an individual; SHAW             PHILLIP V. RUTHEN TO RESPOND
    INDUSTRIES INC., a corporation; L. LAKE            TO PLAINTIFFS' COMPLAINT AND
16  JORDAN, an individual; SUNCREST STONE             JURY DEMAND**
    PRODUCTS, LLC, a business entity; JEFFREY
17  W. STEVENS, an individual,                          **(First Request)**

18                          Defendants.

19

20          Pursuant to LR 6-2 and LR 7-1, Plaintiffs GEORGIOU FAMILY TRUST, BRYON

21  GEORGIOU, and BENJAMIN HILL REALTY, LLC (collectively "Plaintiffs"), and Defendant

22  PHILLIP V. RUTHEN ("Mr. Ruthen"), by and through their respective attorneys of record,

23  stipulate and agree as follows:

24          1.      On June 4, 2021, Plaintiffs filed their Complaint and Demand for Jury Trial [ECF

25  No. #1];

26          2.      Mr. Ruthen presently has until August 23, 2021 to respond to the Complaint;

27          3.      Due to Mr. Ruthen's recent retention of counsel, Mr. Ruthen shall now have until

28  September 17, 2021 to respond to the Complaint;

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

4.      While Mr. Ruthen disputes that he has an obligation to pay for the fees and costs for process of service upon him, he has agreed to pay Plaintiffs $160.00 for the fees and costs incurred by Plaintiff in serving him.  Plaintiff agrees that Mr. Ruthen has satisfied his obligations under FRCP 4(d)(2) and that they shall not seek any additional expenses, including attorney's fees, related to service upon him.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 18th day of August, 2021.

MURCHISON & CUMMING LLP

By:      /s/ Pamela C. Chalk
         PAMELA C. CHALK
         750 B Street, Suite 2550
         San Diego, CA  92101-8114

         R. SCOTT RASMUSSEN
         350 S. Rampart Blvd., Suite 320
         Las Vegas, NV  89145

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED this 18th day of August, 2021.

BAILEY❖KENNEDY

By:      /s/ Andrea M. Champion
         DENNIS L. KENNEDY
         ANDREA M. CHAMPION
         8984 Spanish Ridge Avenue
         Las Vegas, NV 89148

*Attorneys for Defendant Phillip V. Ruthen*

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: August 19, 2021

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820