LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
MEGAN H. THONGKHAM, ESQ
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
mthongkham@lipsonneilson.com

*Attorneys for Defendant*
*L. Lake Jordan*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Georgiou Family Trust, a Nevada trust; Byron Georgiou, as an individual and as trustee of the Georgiou Family Trust; Benjamin Hill Realty, LLC, a Nevada limited liability company.<br><br>Plaintiffs,<br>v.<br><br>Phillip V. Ruthen, an individual; Shaw Industries Inc., a corporation; L. Lake Jordan, an individual; Suncrest Stone Products, LLC, a business entity; Jeffrey W. Stevens, an individual; and Does 1-100,<br><br>Defendants.<br>_____ | Case No: 2:21-cv-01060-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsels that Defendant L. LAKE JORDAN ("Defendant Jordan") shall have through and including **September 17, 2021**, within which to file and serve a response to Plaintiffs' Complaint [ECF No. 1]. This is the first request for extension from the original due date of August 24, 2021.

Pursuant to Local Rule IA 6-1(a), the parties state the reason for the continuance is that the attorneys for Defendant Jordan have just been recently retained and need more time to assess the allegations in the Complaint. The Parties have therefore agreed to an extension of time to file a response. The Parties have entered into an agreement in good faith and not for purposes of delay.

Dated this 23rd day of August, 2021.

MURCHISON & CUMMING, LLP

/s/ Pamela C. Chalk
_____
R. Scott Rasmussen, Esq.
350 S. Rampart Blvd., Suite 320
Las Vegas, NV 89145
(702) 360-3956
(702) 360-3957 - Fax
srasmussen@murchisonlaw.com

Pamela C. Chalk, Esq.
Anton N. Handal, Esq.
MURCHISON & CUMMING, LLP
720 B. Street, Suite 2550
San Diego, CA 92101
pchalk@murchisonlaw.com
thandal@murchisonlaw.com

*Attorneys for Plaintiffs*

Dated this 23rd day of August, 2021.

LIPSON NEILSON P.C.

/s/ Megan H. Thongkham
_____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
MEGAN H. THONGKHAM, ESQ
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500

*Attorneys for Defendant
L. Lake Jordan*

IT IS SO ORDERED.

**ORDER**

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: August 24, 2021