J Christopher Jorgensen
Nevada Bar No. 5382
Chelsee C. Jensen
Nevada Bar No. 14549
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: 702.949.8200
Email: cjorgensen@lewisroca.com
Email: ccjensen@lewisroca.com

*Attorneys for Defendant Shaw Industries, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGIOU FAMILY TRUST, a Nevada trust; BYRON GEORGIOU, as an individual and as trustee of the GEORGIOU FAMILY TRUST; BENJAMIN HILL REALTY, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>PHILLIP V. RUTHEN, an individual; SHAW INDUSTRIES INC., a corporation; L. LAKE JORDAN, an individual; SUNCREST STONE PRODUCTS, LLC, a business entity; JEFFREY W. STEVENS, an individual,<br><br>Defendants. | Case No.: 2:21-cv-01060-JCM-DJA<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SHAW INDUSTRIES, INC. TO FILE RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

Under Federal Rule of Civil Procedure ("FRCP") 6(b)(1)(a) and Local Rule ("LR") IA 6-1, defendant Shaw Industries Inc. ("Defendant") and plaintiffs Byron Georgiou, Georgiou Family Trust, and Benjamin Hill Realty, LLC ("Plaintiffs") (collectively with Defendant, "Parties") file this first stipulation ("Stipulation") to extend the deadline for Defendant to file a responsive pleading to Plaintiffs' Complaint to September 17, 2021. Specifically, the Parties stipulate and agree as to the following:

1. Plaintiffs filed their Complaint on June 4, 2021. ECF No. 1.

2. Plaintiffs filed a Waiver of Service of Summons relating to Defendant on July 29, 2021. ECF No. 14.

3. Thus, the responsive pleading deadline to the Complaint is currently set for

115325319.1

August 24, 2021 (60 days from June 25, 2021).

4. The Parties now stipulate to extend the deadline for the filing of a responsive pleading to September 17, 2021.

5. No other defendant has appeared in this matter. *See* Docket. Rather, a stipulation for the same period of extension has been granted for the responsive pleading of Philip V. Ruthen.

The Parties respectfully request that the Court grant the stipulation under Federal FRCP 6(b)(1)(a) and LR IA 6-1 and allow for the responsive pleading deadline to be extended through **September 17, 2021.**

IT IS SO STIPULATED.

Dated: August 23, 2021

MURCHISON & CUMMING LLP

/s/ Pamela C. Chalk
Pamela C. Chalk, Esq. (*Pro Hac Vice*)
California Bar No. 216411
750 B Street, Suite 2550
San Diego, California 92101

R. Scott Rasmussen
Nevada State Bar No. 6100
MURCHISON & CUMMING LLP
350 S. Rampart Blvd., Suite 320
Las Vegas, Nevada 89145

*Attorneys for Plaintiffs*

Dated: August 23, 2021

LEWIS ROCA ROTHGERBER CHRISTIE LLP

/s/ Chelsee C. Jensen
Christopher J. Jorgensen
Nevada State Bar No. 5382
Chelsee C. Jensen
Nevada Bar No. 14549
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendant*
*Shaw Industries, Inc.*

**IT IS SO ORDERED**

_____
United States Magistrate Judge

Dated: August 24, 2021

115325319.1

- 2 -