1  R. SCOTT RASMUSSEN (SBN 6100)
   **MURCHISON & CUMMING LLP**
2  350 S. Rampart Blvd., Suite 320
3  Las Vegas, Nevada 89145
   Tele: 702.360.3956
4  Fax: 702.360.3957

5  PAMELA C. CHALK (*Pro Hac Vice*)
   **MURCHISON & CUMMING, LLP**
6  750 B. Street Suite 2550
7  San Diego, California 92101
   Tele: 619.230.6838
8  Fax: 619.544.1568

9  Attorneys for Plaintiffs, Georgiou Family
10 Trust; Byron Georgiou individually and as
   trustee of the Georgiou Family Trust; and
11 Benjamin Hill Realty, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Georgiou Family Trust, a Nevada trust; Byron Georgiou, as an individual and as trustee of the Georgiou Family Trust; Benjamin Hill Realty, LLC, a Nevada limited liability company.<br><br>Plaintiffs,<br><br>v.<br><br>Phillip V. Ruthen, an individual; Shaw Industries Inc., a corporation; L. Lake Jordan, an individual; Suncrest Stone Products, LLC, a business entity; Jeffrey W. Stevens, an individual; and Does 1-100,<br><br>Defendants. | CASE NO.: 2:21-cv-01060-JCM-DJA<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS AND MOTIONS TO CHANGE VENUE FROM CURRENT DEADLINE OF OCTOBER 1, 2021 TO OCTOBER 15, 2021<br><br>(FIRST REQUEST) |

-1-

*STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME*       CASE NO.: 2:21-CV-01060-JCM-DJA

**TO THE CLERK OF THE ABOVE-TITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED by and between the parties through their respective counsels that Plaintiffs Georgiou Family Trust; Byron Georgiou; and Benjamin Hill Realty, LLC ("Plaintiffs") shall have through and including October 15, 2021, within which to file and serve a response to the motions of Defendants Phillip V. Ruthen, Shaw Industries Inc. and L. Lake Jordan ("Defendants") to dismiss and/or to change venue (ECF No. 22, 24, 25, 26, 29). The current deadline for Plaintiffs to respond to all five motions is currently set for October 1, 2021.

This is the first request for extension from the original due date of October 1, 2021. Pursuant to Local Rule IA 6-1(a), the Parties state the reason for the extension of time is that the attorneys for Plaintiffs need to fully review all five motions and prepare responses thereto. The motions to change venue contain factual allegations and alleged evidence which Plaintiffs need sufficient time to review and respond to. The Parties have therefore agreed to an extension of time to file a response. The Parties have entered into an agreement in good faith and not for purposes of delay. It is respectfully requested that the Court approve this stipulation and provide Plaintiffs until October 15, 2021 to respond to the motions.

DATED:  September 30, 2021

**MURCHISON & CUMMING, LLP**
*/s/ Pamela C. Chalk*
Pamela C. Chalk, Esq.
Anton N. Handal, Esq.
Attorneys for Plaintiffs

DATED:  September 30, 2021

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
*/s/ J.Christopher Jorgensen*
J.Christopher Jorgensen, Esq.
Chelsee C. Jensen, Esq.
Attorneys for Defendant
Shaw Industries Inc.

DATED: September 30, 2021

**BAILEY ❖ KENNEDY**
*/s/* *Andrea M. Champion*
Dennis L. Kennedy, Esq.
Andrea M. Champion, Esq.
Attorneys for Defendant Phillip V. Ruthen

DATED: September 30, 2021

**LIPSON NEILSON P.C**
*/s/* *Megan H. Thongkham*
Joseph P. Garin, Esq.
Megan H. Thongkham, Esq.
Attorneys for Defendant L. Lake Jordan

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: October 1, 2021

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 30th day of September, 2021.

DATED: September 30, 2021                **MURCHISON & CUMMING, LLP**

*/s/ Pamela C. Chalk*
Pamela C. Chalk