R. SCOTT RASMUSSEN (SBN 6100)
**MURCHISON & CUMMING LLP**
 350 S. Rampart Blvd., Suite 320
 Las Vegas, Nevada 89145
 Tele: 702.360.3956
 Fax:  702.360.3957

ANTON N. HANDAL(*Pro Hac Vice*)
PAMELA C. CHALK (*Pro Hac Vice*)
**MURCHISON & CUMMING, LLP**
750 B. Street Suite 2550
San Diego, California 92101
Tele: 619.230.6838
Fax:  619.544.1568

Attorneys for Plaintiffs, Georgiou Family Trust; Byron Georgiou individually and as trustee of the Georgiou Family Trust; and Benjamin Hill Realty, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Georgiou Family Trust, a Nevada trust; Byron Georgiou, as an individual and as trustee of the Georgiou Family Trust; Benjamin Hill Realty, LLC, a Nevada limited liability company.<br><br>Plaintiffs,<br><br>   v.<br><br>Phillip V. Ruthen, an individual;  Shaw Industries Inc., a corporation; L. Lake Jordan, an individual;  Suncrest Stone Products, LLC, a business entity; Jeffrey W. Stevens, an individual; and Does 1-100,<br><br>Defendants. | CASE NO.: 2:21-cv-01060-JCM-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE PLAINTIFFS' REPLY RE: MOTION FOR LEAVE TO AMEND FROM CURRENT DEADLINE OF DECEMBER 13, 2021 TO DECEMBER 30, 2021**<br><br>**(FIRST REQUEST)** |

**TO THE CLERK OF THE ABOVE-TITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED by and between the parties through their respective counsels that Plaintiffs Georgiou Family Trust; Byron Georgiou; and Benjamin Hill Realty, LLC ("Plaintiffs") shall have through and including December 30, 2021, within which to file and serve their replies ("Replies") re: their motion for leave to amend (ECF NO. 69) ("Motion").

The current deadline for Plaintiffs to file their Replies is currently set for December 13, 2021.  This is the first such request.

Pursuant to Local Rule IA 6-1(a), the Parties state the reason for the extension of time is that the attorneys for Plaintiffs still need more time to fully review the responses by Defendants to the Motion, draft, and finalize their three Replies to the three responses by Defendants.  Further, counsel for Plaintiffs are traveling and/or are out of town due to pre-set holiday plans and vacation.

The Parties have therefore agreed to providing Plaintiffs an extension of time to file their replies to the three responses filed with respect to the Motion.  The Parties have entered into an agreement in good faith and not for purposes of delay.  It is respectfully requested that the Court approve this stipulation and provide Plaintiffs until December 30, 2021 to respond to the responses.  No further extensions will be requested by Plaintiffs.

The Parties agree and stipulate as such.

DATED:  December 10, 2021

**MURCHISON & CUMMING, LLP**

*/s/ Pamela C. Chalk*
Pamela C. Chalk, Esq.
Anton N. Handal, Esq.
Attorneys for Plaintiffs

|   |   |
|---|---|
| | **LEWIS ROCA ROTHGERBER CHRISTIE LLP** |
| DATED:  December 10, 2021 | */s/* Chelsee C. Jensen |
| | J.Christopher Jorgensen, Esq. |
| | Chelsee C. Jensen, Esq. |
| | Attorneys for Defendant |
| | Shaw Industries Inc. |

| | **BAILEY ❖ KENNEDY** |
|---|---|
| DATED:  December 10, 2021 | */s/* Andrea M. Champion |
| | Dennis L. Kennedy, Esq. |
| | Andrea M. Champion, Esq. |
| | Attorneys for Defendant Phillip V. Ruthen |

| | **LIPSON NEILSON P.C** |
|---|---|
| DATED:  December 10, 2021 | */s/ Megan H. Thongkham* |
| | Joseph P. Garin, Esq. |
| | Megan H. Thongkham, Esq. |
| | Attorneys for Defendant L. Lake Jordan |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12/14/2021

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 10th day of December, 2021.

DATED: December 10, 2021                **MURCHISON & CUMMING, LLP**

*/s/ Pamela C. Chalk*
Pamela C. Chalk