LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
MEGAN H. THONGKHAM, ESQ
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
mthongkham@lipsonneilson.com

*Attorneys for Defendant*
*L. Lake Jordan*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Georgiou Family Trust, a Nevada trust; Byron Georgiou, as an individual and as trustee of the Georgiou Family Trust; Benjamin Hill Realty, LLC, a Nevada limited liability company.<br><br>Plaintiffs,<br>v.<br><br>Phillip V. Ruthen, an individual; Shaw Industries Inc., a corporation; L. Lake Jordan, an individual; Suncrest Stone Products, LLC, a business entity; Jeffrey W. Stevens, an individual; and Does 1-100,<br><br>Defendants.<br>_____ | Case No: 2:21-cv-01060-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsels that Defendant L. LAKE JORDAN ("Defendant Jordan") shall have through and including **February 16, 2022**, within which to file and serve his Motion to Dismiss and Motion to Change Venue as a response to Plaintiffs' Amended Complaint [ECF No. 82]. This is the first request for extension from the original due date of February 9, 2022.

Page 1 of 2

Pursuant to Local Rule IA 6-1(a), the parties state the reason for the continuance is to provide Defendant Jordan and his counsel additional time to review the allegations and claims in the First Amended Complaint. The Parties have therefore agreed to an extension of time for Jordan to file his Motion to Dismiss and Motion to Change Venue as a response to Plaintiffs' Amended Complaint [ECF No. 82]. The Parties have entered into an agreement in good faith and not for purposes of delay.

Dated this 9th day of February, 2022.

MURCHISON & CUMMING, LLP

/s/ Pamela C. Chalk
_____
R. Scott Rasmussen, Esq.
350 S. Rampart Blvd., Suite 320
Las Vegas, NV 89145
(702) 360-3956
(702) 360-3957 - Fax
srasmussen@murchisonlaw.com

Pamela C. Chalk, Esq.
Anton N. Handal, Esq.
MURCHISON & CUMMING, LLP
720 B. Street, Suite 2550
San Diego, CA 92101
pchalk@murchisonlaw.com
thandal@murchisonlaw.com

*Attorneys for Plaintiffs*

Dated this 9th day of February, 2022.

LIPSON NEILSON P.C.

/s/ Megan H. Thongkham
_____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
MEGAN H. THONGKHAM, ESQ
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500

*Attorneys for Defendant
L. Lake Jordan*

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: February 10, 2022